IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHANE EIDSON, | § |
| | § |
| Plaintiff, | § |
| | § Civil Action No. 3:23-CV-0252-D |
| VS. | § |
| | § |
| COMENITY BANK, EXPERIAN | § |
| INFORMATION SOLUTIONS, INC., | § |
| and EQUIFAX INFORMATION | § |
| SERVICES, LLC., | § |
| | § |
| Defendants. | § |

## **ORDER**

Plaintiff has filed notices of settlement indicating that he has settled his case against all three defendants and has filed a notice of dismissal as to one of the three defendants. Accordingly, this case is administratively closed for statistical purposes, without prejudice to being reopened to enter a judgment or order of dismissal or for further proceedings if the settlements are not consummated.

**SO ORDERED**.

May 31, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE